```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOHN KEATLEY,                                                  :
                                                               :
                           Plaintiff,                          :
                                                               :    20-CV-6472 (VEC)
             -against-                                         :
                                                               :    ORDER
                                                               :
WARNER MUSIC INC. d/b/a ADAMUSIC.COM,                          :
                                                               :
                           Defendant.                          :
-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

   This case, involving claims under the Copyright Act, 17 U.S.C. § 101 *et seq.*, has been assigned to this Court for all purposes. In the Court's experience, cases involving copyright claims often benefit from early resolution.

   To that end, prior to a Rule 16(b) case management conference, the Court is referring this case to Magistrate Judge Robert W. Lehrburger for a settlement conference. No later than **one week** after the conclusion of settlement efforts in this case, the parties are directed to notify the Court whether they successfully resolved the case without need for further litigation.

   To facilitate prompt settlement, the Court ORDERS:

   1. Plaintiff to file proof of service no more than three days after service has been effected.

   2. Plaintiff to file the AO 121 Copyright Form no later than three days after service has been effected.

   3. Plaintiff to produce to Defendant(s), by the earlier of 1) 14 days after service of process or 2) three business days in advance of any mediation session, copies of records sufficient to show the royalty paid the last three times the picture that is at

issue in this case was licensed, as well as the number of times the picture was licensed in the last five years; if the picture at issue has never been licensed, Plaintiff must expressly certify that fact to Defendant(s) as part of Plaintiff's production.

4. Defendant(s) to file a notice of appearance within 14 days of the service of process. Upon a Defendant's timely filing of a notice of appearance, the deadline for that Defendant to answer or otherwise respond to the Complaint shall be extended until 30 days after the settlement conference.  If Plaintiff has effected service on a Defendant, and that Defendant has failed to appear in the case or respond to the Complaint, Plaintiff must move for a default judgment against that Defendant in accordance with this Court's Individual Practices no later than 45 days after the date of the service of the Complaint.

**SO ORDERED.**

**Date:  August 31, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**